UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>DIRK A. FULTON,<br><br>   Defendant. | No. 2:08CR06-01<br><br><br><br>**ORDER** |
|---|---|

   On July 16, 2013, defendant Dirk A. Fulton filed a Motion to Prohibit the Use of Matters Occurring before the Grand Jury for Civil Tax Purposes. (Docket No. 13.)  This is a criminal action in which final judgment was entered on April 16, 2008.  No appeal was taken from that judgment, and the file in this matter has long been closed.

   Defendant is apparently now the plaintiff in a suit pending in the Tax Court with regard to his 1998, 1999, and 2000 federal income taxes, and believes that the civil examination file which he obtained through discovery from the IRS in that matter contains Grand Jury materials that were obtained in violation of Rule 6(e) of the Federal Rules of Criminal

1   Procedure.
2          In his motion, defendant asks this court not only to
3   order the IRS not to use any grand jury material in connection
4   with his pending civil tax case, but also asks the court to
5   enjoin the use of any fruits of the disclosure of such material
6   in that case, to order disclosure of the identities of the
7   persons who disclosed and the persons who received such material,
8   and to order the government to prepare a "log" of any grand jury
9   material disclosed to the IRS for civil tax purposes.
10         Defendant has cited no authority for the proposition
11  that this court has jurisdiction in a criminal case, which has
12  been closed for more than five years, to enter this kind of order
13  in connection with a currently pending civil suit pending in
14  another court.
15         IT IS THEREFORE ORDERED that defendant's Motion to
16  Prohibit the Use of Matters Occurring before the Grand Jury for
17  Civil Tax Purposes be, and the same hereby is DENIED without
18  prejudice.
19  Dated:  July 16, 2013

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE